**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (Bar No. 271294)
Mehgan Gallagher (Bar No. 338699)
eservice@thetafirm.com
12100 Wilshire Blvd., Ste 1070
Los Angeles, CA 90025

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON RAEBEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants | Case No: 8:24-cv-02505 JWH-DFM<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant, MERCEDES-BENZ USA, LLC, writes to advise this Court that the Parties have settled this matter, including attorneys' fees and costs. Defendant requests that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 60 days.

///

///

1

NOTICE OF SETTLEMENT

Dated: November 26, 2024				**THETA LAW FIRM, LLP**

						By: _____
						Mehgan Gallagher, Esq.
						Soheyl Tahsildoost, Esq.
						Attorneys for Defendant,
						**MERCEDES-BENZ USA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024 I filed the foregoing document entitled **NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                          THETA LAW FIRM, LLP

By: _____
MEHGAN GALLAGHER
Attorney for Defendant Mercedes-Benz USA, LLC