DAVID N. BARRY, ESQ. (SBN 219230)
dbarry@mylemonrights.com
ANDREW P. MATERA, ESQ. (SBN 317394)
amatera@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, PRESTON RAEBEL

SOHEYL TAHSILDOOST (BAR NO. 271294)
MEHGAN GALLAGHER (BAR NO. 338699)
eservice@thetafirm.com
THETA LAW FIRM, LLP
12100 Wilshire Blvd. Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244

Attorneys for Defendant, MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON RAEBEL, an individual, Plaintiff, v. MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive, Defendants. | Case No. 8:24-cv-02505-JWH-DFM **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** **Action Filed:** September 26, 2024 **Trial Date:** None Dist. Judge: John W. Holcomb Mag. Judge: Douglas F. McCormick Courtroom: C11 |

-1-

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, PRESTON RAEBEL, and Defendant MERCEDES-BENZ USA, LLC, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. Whereas the parties agree that the matters in dispute between Plaintiff and Defendant have been resolved.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with terms of the parties' written settlement agreement.

Date: January 27, 2025

**THE BARRY LAW FIRM**

By: _____
DAVID N. BARRY, ESQ.
ANDREW P. MATERA, ESQ.
Attorney for Plaintiff,
PRESTON RAEBEL

Dated: January 27, 2025

**THETA LAW FIRM, LLP**

By: _/s/ Mehgan Gallagher_
SOHEYL TAHSILDOOST, ESQ.
MEHGAN GALLAGHER, ESQ.
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

-2-

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, I filed the foregoing document entitled **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                    /s/ David N. Barry